# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. |
| DAVID ROSENHOLM | ) | 20-mj-5164-JGD |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  August 2018 to November 2019  in the county of  Suffolk  in the  District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1956(a)(3)(A), (B) | Money laundering |
| 18 U.S.C. § 1956(h) | Conspiracy to commit money laundering, and |
| 18 U.S.C. § 1349 | Conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Vivian M. Barrios, FBI Special Agent
*Printed name and title*

Sworn telephonically in accordance with Fed. R. Crim. P. 4.1.

Date: **Aug 17, 2020**

*Judge's signature*

City and state: Boston, MA

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*